IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARLENA CLARKSON<br><br>     v.<br><br>SEPTA | CIVIL ACTION<br><br>NO. 14-2510 |
|---|---|

# ORDER

And NOW, this 30th day of October 2014, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Motion to Dismiss Plaintiff's Complaint (ECF No. 6) filed by Defendant Southeastern Pennsylvania Transportation Authority ("SEPTA") is GRANTED and:

1. Plaintiff's claims for failure to promote under Title VII and the Pennsylvania Human Relations Act ("PHRA") arising out of allegations in ¶¶ 10-17 of Plaintiff's Complaint are DISMISSED WITH PREJUDICE; and

2. Plaintiff's hostile work environment claims under Title VII and the PHRA, arising out of allegations in ¶¶ 38 and 41 of Plaintiff's Complaint, are DISMISSED WITHOUT PREJUDICE, with leave to amend within thirty (30) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 14\14-2510 clarkson v. septa\14-2510 - OrderMTDGrant.docx