IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARLENA CLARKSON<br><br>v.<br><br>SEPTA | CIVIL ACTION<br><br><br>NO. 14-2510 |
|---|---|

**O R D E R**

**AND NOW**, this 25th day of April 2016, for the reasons stated in the foregoing memorandum, and in consideration of Defendant's Motion for Summary Judgment and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's Motion is GRANTED and judgment is entered in favor of Defendant and against Plaintiff on all claims.

BY THE COURT:

**/s/ Michael M. Baylson**
**Michael M. Baylson, U.S.D.J.**